IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Walker, Molifenge J

Printed: 12/13/07

Case Number: 07 B 02320
Judge: Goldgar, A. Benjamin
Filed: 2/9/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: November 29, 2007
Confirmed: June 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,170.00 |  |
| Secured: |  | 1,930.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,070.72 |
| Trustee Fee: |  | 169.28 |
| Other Funds: |  | 0.00 |
| Totals: | 3,170.00 | 3,170.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,624.00 | 1,070.72 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 5. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 6. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 7. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 8. | Wells Fargo Financial Illinois Inc | Secured | 32,469.43 | 1,930.00 |
| 9. | Verizon Wireless | Unsecured | 381.62 | 0.00 |
| 10. | Midwest Anesthesiologists | Unsecured | 40.50 | 0.00 |
| 11. | Jefferson Capital | Unsecured | 184.39 | 0.00 |
| 12. | B-Line LLC | Unsecured | 1,710.89 | 0.00 |
| 13. | Jefferson Capital | Unsecured | 643.14 | 0.00 |
| 14. | Sallie Mae | Unsecured | 630.68 | 0.00 |
| 15. | Wells Fargo Financial Illinois Inc | Unsecured | 458.01 | 0.00 |
| 16. | American Home Center Inc | Unsecured |  | No Claim Filed |
| 17. | Chase Manhattan Mortgage Corp | Unsecured |  | No Claim Filed |
| 18. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 19. | ATG Credit LLC | Unsecured |  | No Claim Filed |
| 20. | ATG Credit LLC | Unsecured |  | No Claim Filed |
| 21. | Consultants In Clinical Pathol | Unsecured |  | No Claim Filed |
| 22. | Center For Pediatric Gastroenterolo | Unsecured |  | No Claim Filed |
| 23. | City Of Chicago | Unsecured |  | No Claim Filed |
| 24. | Consultants In Clinical Pathol | Unsecured |  | No Claim Filed |
| 25. | Medical Collections | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Walker, Molifenge J | Case Number: 07 B 02320 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| | Printed: 12/13/07 | Filed: 2/9/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Consultants In Clinical Pathol | Unsecured | | No Claim Filed |
| 27. | Consultants In Clinical Pathol | Unsecured | | No Claim Filed |
| 28. | EMC Mortgage Corporation | Unsecured | | No Claim Filed |
| 29. | Harris & Harris | Unsecured | | No Claim Filed |
| 30. | Evergreen Anesthesia | Unsecured | | No Claim Filed |
| 31. | Harris & Harris | Unsecured | | No Claim Filed |
| 32. | ICS | Unsecured | | No Claim Filed |
| 33. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 34. | ICS | Unsecured | | No Claim Filed |
| 35. | Malcolm S Gerald & Assoc | Unsecured | | No Claim Filed |
| 36. | M H Cohon | Unsecured | | No Claim Filed |
| 37. | National Asset Recovery | Unsecured | | No Claim Filed |
| 38. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 39. | Medical Collections | Unsecured | | No Claim Filed |
| 40. | Medical Collections | Unsecured | | No Claim Filed |
| 41. | ICS | Unsecured | | No Claim Filed |
| 42. | University Of Chicago Physicians | Unsecured | | No Claim Filed |
| 43. | Poetry.Com | Unsecured | | No Claim Filed |
| 44. | Renaissance Medical Group | Unsecured | | No Claim Filed |
| 45. | Radiology Imaging Specialists | Unsecured | | No Claim Filed |
| 46. | Torres Credit | Unsecured | | No Claim Filed |
| 47. | Trust Receivable Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 38,142.66 | $ 3,000.72 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 15.13 |
| 5.4% | 154.15 |
| | _____ |
| | $ 169.28 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

